STATE of Missouri, Plaintiff/Respondent,

v.

Samuel REECE, Defendant/Appellant.

No. 73684.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 9, 1999.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment of conviction for first degree murder, sec. 565.020 RSMo 1994, and armed criminal action, sec. 571.015 RSMo 1994. The case is remanded to the trial court for the *nunc pro tunc* correction of its written judgment to remove any reference that defendant is a prior and persistent offender.

As amended, the judgment is affirmed pursuant to Rule 30.25(b).